UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

DEC 1 4 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff | § <br> § <br> § <br> § | |
| v. | | CRIMINAL NO. H-06-237-S <br> (Judge David Hittner) |
| EUGENE H. WILLIAMS, JR., <br> Defendant | | |

## VERDICT FORM

### COUNT I

With respect to whether or not on or about August 31, 2004, the defendant Eugene H. Williams, Jr., did knowingly possess one or more firearms, namely a destructive device, that was not registered to him in the National Firearms Registration and Transfer Record,

We the jury find the defendant __X__ Guilty _____ Not Guilty

### COUNT II

With respect to whether or not on or about August 31, 2004, the defendant Eugene H. Williams, Jr., did knowingly possess one or more firearms, namely a destructive device, that was transferred unlawfully to him,

18

We the jury find the defendant ___X___ Guilty _____ Not Guilty

## COUNT III

With respect to whether or not on or about July 18, 2004, the defendant Eugene H. Williams, Jr., did knowingly possess a firearm, namely a destructive device, that was not registered to him in the National Firearms Registration and Transfer Record,

We the jury find the defendant ___X___ Guilty _____ Not Guilty

## COUNT IV

With respect to whether or not on or about August 27, 2004, the defendant Eugene H. Williams, Jr., did knowingly possess a firearm, namely a destructive device, that was not registered to him in the National Firearms Registration and Transfer Record,

We the jury find the defendant ___X___ Guilty _____ Not Guilty

## COUNT V

With respect to whether or not on or about August 31, 2004, the defendant Eugene H. Williams, Jr., did knowingly possess one or more firearms, namely a destructive device, that was not identified by a serial number,

We the jury find the defendant ___X___ Guilty _____ Not Guilty

## COUNT VI

With respect to whether or not on or about October 5, 2002 through on or about August 31, 2004, the defendant Eugene H. Williams, Jr., did knowingly store high

19

explosives in a manner not in conformity with regulations,

We the jury find the defendant __X__ Guilty _____ Not Guilty

Dated DECEMBER 12, 2006    Signed _____
                           Foreperson of the Jury