JUDGE _____
**DAVID HITTNER**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**FILED**
4/20/07

CASE MANAGER __ELLEN ALEXANDER__   RPTR/~~TAPE~~ _Johnny Sanchez_
USPO _Gwen York / Linda Bailey_   INTERPRETER __N/A__

MICHAEL N. MILBY, CLERK
BY DEPUTY _P. Cervantes_

TIME __10:05__ | __10:45__ A.M. | begin | end P.M.   DATE _4/20/07_
      begin   end

CR. NO. __H-06-237__   DEFT. NO. __01__

UNITED STATES OF AMERICA
vs.
_Eugene H. Williams, Jr_

§
§
§
§
§
§

_James Kitchen_ _____ AUSA

_Scott Courtney / Greg Cagle_ [X] CJA

## SENTENCING

[X] ksen.   Sentencing held. [ ] Guilty plea [X] Guilty verdict on _12/12/06_, Cts. _1-6 S_

[ ] ksen.   Sentencing held **with contested issues**.

[X] . . .   SENTENCE: _Custody of the Bureau of Prisons for a term of 120 months as to Count 1S, 68 months as to Counts 2S-5S and 12 months as to Count 6S ~~to~~ all to run concurrent for a total of 120 months. Supervised Release for a total of 2 years. Fine is waived._
_Objections are overruled + PSR + all addendums are adopted by the Court._
~~$30~~ special assessment on Counts _1-6_ .
$100.00

[ ] . . .   **Time to serve.**

[ ] kdismcntgv.   Counts _____ dismissed on government's motion.

[ ] kosurr.   Deft ordered to surrender to U.S. Marshal on _____.

[ ] . . .   Deft ordered to surrender to institution when designated.

[ ] kcphrg.   Change of plea hearing, deft withdraws plea of guilty. (kpstr.).

[ ] kjytrl.   Jury trial set for _____ at _____.

[ ] ko.(bnd.).   Deft bond [ ] set [ ] reduced to $ _____ [ ] Cash [ ] Surety [ ] 10% [ ] PR.

[ ] . . .   Deft failed to appear, bench warrant to issue.

[ ] . . .   Deft bond [ ] continued [ ] forfeited.

[X] . . .   Deft remanded to custody.

[X] . . .   Terminate other settings for this deft. [X] Terminate motions for this deft.

OTHER PROCEEDINGS: _Defendant notified of his right to file a notice of appeal._

Copy to:   USPO