UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| United States of America, | § |  |
| --- | --- | --- |
|  | § |  |
| V. | § | C.R. ACTION NO. 4:06-237 (02) |
|  | § |  |
| Eugene H. Williams, Jr., | § |  |
|  | § |  |
| Defendants. | § |  |

## ORDER

Pending before the Court is Defendant's Request for a Certificate of Appealability (Document No. ). Having considered the motion and the applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

ORDERS that the Request for a Certificate of Appealability (Document No. ) is DENIED.

Signed the 25 day of August, 2010.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE